AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br><br>NATHANIEL BROWN<br>*Defendant* | )<br>)<br>) Case No. 4:16cr074<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **NATHANIEL BROWN**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Date: 07/20/2016

s/ S. Adams  Deputy Clerk
*Issuing officer's signature*

City and state: Oxford, Mississippi

David Crews, Clerk of Court
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____ |
| _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |