IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 4:16CR074

NATHANIEL BROWN

## PROTECTIVE ORDER

THIS MATTER having come before the Court on motion of the United States of America, by and through its undersigned counsel, the Court finds that a Protective Order regarding discovery materials is appropriate in this case for the following reasons, to-wit:

1. The government has voluminous discovery materials in this case that contain, among other things, confidential medical records and health care information, individually identifiable information and other private information about numerous individuals, as well as confidential tax returns and taxpayer return information.

2. The discovery materials will also include information which is governed by Rule 6(e) of the Federal Rules of Criminal Procedure.

3. Pursuant to this Protective Order, the government may provide un-redacted discovery materials to the defendant.

4. The materials produced by the government may be used by the defendant, defendant's counsel and any employees or agents of defendant's counsel solely in the defense of this case.

5. Defendant's counsel and defendant will not disclose the records and information contained in the discovery material directly or indirectly to any person except those assisting the

defense, persons who are interviewed as potential witnesses, potential experts, or other authorized persons, during the course of the investigation and defense of this case.

6. The discovery material produced by the government will not be copied or reproduced unless the material is copied or reproduced for authorized persons to assist in the defense, and in the event copies are made, the copies shall be treated in the same manner as the original material.

7. When providing the discovery materials to an authorized person, the defendant's counsel must inform the authorized person that the materials are provided subject to the terms of this Protective Order and that the authorized person must comply with the terms of this Protective Order.

8. Defendant's counsel will inform the defendant of the provisions of this Protective Order, and direct him not to disclose or use any information contained in the government's discovery in violation of this Protective Order. However, nothing contained in the Protective Order will preclude any party from applying to the Court for further relief or for modification of any provision hereof.

Based on the foregoing and for good cause shown, IT IS SO ORDERED that the disclosure of the above described discovery materials shall be restricted as set forth above.

THIS, the 19th day of August, 2016.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF MISSISSIPPI