UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

## CRIMINAL MINUTES - TELEPHONE CONFERENCE

UNITED STATES OF AMERICA

v.                                         CASE NO. 4:16CR074-NBB

NATHANIEL BROWN

**Date & Time Began:**     September 28, 2016 - 11:30 AM
**Date & Time Ended:**     September 28, 2016 - 11:50 AM

**Total Time**:   20 Minutes

**PRESENT:**
**HONORABLE NEAL B. BIGGERS, JR., SENIOR JUDGE**

**Attorney For Defendant:**            **Attorney for Government:**
Terris C. Harris                       Clayton A. Dabbs

PROCEEDING**S**: Telephone conference held on *ore tenus* motion of the defendant.  Order to follow.

**DAVID CREWS, CLERK**

By_____/ s/Karen Tidwell_____

Karen Tidwell, Courtroom Deputy